IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| ADEOFOLARIN ADEMOSU, a Washington resident,<br><br>  Plaintiff,<br>  v.<br><br>PHOENIX LAW, PC, a California corporation law firm, and credit repair organization,<br><br>  Defendant. | NO: 3:23-cv-05404-BHS<br><br>STATUS REPORT |

COMES NOW the Plaintiff, by and through his attorney, Peter Schneider of Northwest Debt Resolution, LLC, and provides this Court a status report on the case pursuant to the 8-15-23 minute order issued by this Court (ECF# 6).

**STATUS REPORT**

To date the Plaintiff has obtain and order of default against the Defendant in this matter (ECF# 5). Defendant Phoenix Law, PC, was part of an ongoing fraudulent transfer of assets investigation in the Bankruptcy of Litigation Practice Group, PC (Bankruptcy Court of Central

STATUS REPORT - 1

NORTHWEST DEBT RESOLUTION, LLC
10900 NE 4TH STREET, STE. 2300
BELLEVUE, WA 98004
TELEPHONE: (425) 400-9001
FACSIMILE: (425) 609-0066

California #8:23-bk-10571). So to was it a party to an adversarial proceeding by the trustee of that bankruptcy, Richard A. Marshack (see Marshack v. Diab et al #8:23-ap-01046).

During the last two months, Plaintiff's counsel had been monitoring these cases to divine as to whether it was appropriate to take action in this case. Out of an abundance of caution he did not.

However, it now appears that on 8-7-23 the assets of Litigation Practice Group, including but not limited to the fraudulently transferred assets sold to Phoenix Law, PC, were legally sold to a third party as a part of the sale of the bankruptcy estate (Bankruptcy Court of Central California #8:23-bk-10571, ECF# 365).

The order appears to strip any liability incurred by Phoenix Law, resulting in the third party receiving "clean" assets. The liability for its illegal conduct remains with Phoenix Law.

As a result, Plaintiff intends to file a motion for default judgment shortly. Plaintiff apologizes to the Court for the delay. The bankruptcy of Litigation Practice Group has been a contentious and confusing ordeal (over 400 docket entries in the last two months).

DATED August 26, 2023

NORTHWEST DEBT RESOLUTION, LLC

_____
Peter Schneider, WSBA# 43131
Attorney for Plaintiff

STATUS REPORT - 2

NORTHWEST DEBT RESOLUTION, LLC
10900 NE 4TH STREET, STE. 2300
BELLEVUE, WA 98004
TELEPHONE: (425) 400-9001
FACSIMILE: (425) 609-0066